IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Mendala, Joseph C

Printed:  2/12/08

Case Number:  07 B 16470
Judge:  Wedoff, Eugene R
Filed:  9/11/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:        Dismissed:  December 27, 2007
Confirmed:  None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Daniel J Winter | Administrative | 2,823.00 | 0.00 |
| 2. | Loan Servicing Center | Secured | 0.00 | 0.00 |
| 3. | Loan Servicing Center | Secured | 27,402.61 | 0.00 |
| 4. | GMAC Mortgage Corporation | Secured | 53,366.00 | 0.00 |
| 5. | GMAC Mortgage Corporation | Unsecured | 0.00 | 0.00 |
| 6. | Asset Acceptance | Unsecured | 3,064.34 | 0.00 |
| 7. | HFC | Unsecured | 562.03 | 0.00 |
| 8. | Chase Bank USA NA | Unsecured | 45.68 | 0.00 |
| 9. | Asset Acceptance | Unsecured | 109.81 | 0.00 |
| 10. | Portfolio Recovery Associates | Unsecured | 132.52 | 0.00 |
| 11. | Portfolio Recovery Associates | Unsecured | 1,812.61 | 0.00 |
| 12. | RoundUp Funding LLC | Unsecured | 217.64 | 0.00 |
| 13. | American Express Travel Relate | Unsecured | 17.00 | 0.00 |
| 14. | Calvary Portfolio Services | Secured | | No Claim Filed |
| 15. | National Bank Of The Great Lake | Secured | | No Claim Filed |
| 16. | Target | Secured | | No Claim Filed |
| 17. | Direct Merchants Bank | Unsecured | | No Claim Filed |
| 18. | CB USA Sears | Unsecured | | No Claim Filed |
| 19. | Citibank USA | Unsecured | | No Claim Filed |
| 20. | GEMB | Unsecured | | No Claim Filed |
| 21. | GEMB | Unsecured | | No Claim Filed |
| | | | $ 89,553.24 | $ 0.00 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Mendala, Joseph C

Printed:  2/12/08

Case Number:  07 B 16470

Judge:  Wedoff, Eugene R

Filed:  9/11/07

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|----------|------------|
|          | _____ |
|          | $ 0.00     |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

